IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SHEFFY, individually, and CAROL SHEFFY, h/w<br><br>Plaintiffs,<br><br>v.<br><br>ARAMARK UNIFORM & CAREER APPAREL, LLC and EG RETAIL (AMERICA), LLC<br><br>Defendants. | CIVIL ACTION NO. 20-5973 |

## ORDER

**AND NOW,** this 16th day of November 2023, upon consideration of Defendants' Motion for Summary Judgment and the opposition and replies thereto, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant Aramark's Motion for Leave to Join EG Retail's Motion for Summary Judgment [Doc. No. 58] is **GRANTED**.

2. Defendant EG Retail's Motion for Summary Judgment [Doc. No. 57] is **DENIED** as to both EG Retail and Aramark.

3. The Parties shall notify the Court of the outcome of the mediation on November 28, 2023. If the parties do not reach a settlement, the Court will list the case in an available trial pool. In the alternative, the parties may wish to consider whether to consent to proceed to trial before a randomly-assigned United States Magistrate Judge, and if so, they should file the form entitled Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge, available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**